UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DUNG VIET DINH,

    Defendant.

Case No. CR05-152L

ORDER DENYING MOTION FOR BILL OF PARTICULARS

This matter comes before the Court on "Defendant Dinh's Motion for a Bill of Particlars [sic] as to Count 1" (Dkt. # 96). Dinh request that the government provide the defense with a bill of particulars explaining the legal theory supporting the government's case against Dinh for the first count of the indictment. In reply, the government offers "to meet for a discovery conference with Dinh's attorney upon request." Response at 2 (Dkt. # 107). In light of this offer, IT IS HEREBY ORDERED that Dinh's motion is DENIED. If this further discovery conference does not provide sufficient details, Dinh's attorney may re-note this motion.

DATED this 26th day of October, 2005.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
BILL OF PARTICULARS                                                    1