UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUNG VIET DINH, and BINH T. CHAU,

Defendants.

Case No. CR05-152L

ORDER DENYING MOTION TO DISMISS FOR LACK OF VENUE

This matter comes before the Court on "Defendant Dinh's Motion to Dismiss Counts 2 Through 44 for Lack of Venue" (Dkt. # 94). Defendant Binh T. Chau subsequently joined the motion. (Dkt. # 102). Under the venue statute, an offense may be prosecuted "where it was begun, continued, or completed." 18 U.S.C. § 3237(a). The government alleges that the information was stolen from Starbucks headquarter in Washington and that fiduciary losses accrued to Washington-based banks and individuals. See Complaint (Dkt. #1). Venue in the Western District of Washington is proper. IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED.

DATED this 26th day of October, 2005.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
DISMISS FOR LACK OF VENUE                         1